LODGED

2016 MAR -3 AM 10:57
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

FILED
CLERK, U.S. DISTRICT COURT
MAR - 3 2016
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

DAVID GREENE (SBN 160107)
davidg@eff.org
CINDY COHN (SBN 145997)
LEE TIEN (SBN 148216)
KURT OPSAHL (SBN 191303)
JENNIFER LYNCH (SBN 240701)
NATE CARDOZO (SBN 259097)
SOPHIA COPE (SBN 233428)
ANDREW CROCKER (SBN 291596)
JAMIE WILLIAMS (SBN 279046)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

*Counsel for Amici Curiae Electronic Frontier Foundation and 46 Technologists, Researchers and Cryptographers*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 35KGD203

Case No: 16-cm-00010-SP

**~~[PROPOSED]~~ ORDER RE APPLICATION OF ELECTRONIC FRONTIER FOUNDATION AND 46 TECHNOLOGISTS, RESEARCHERS, AND CRYPTOGRAPHERS TO PARTICIPATE IN THIS CASE AS *AMICI CURIAE***

**IT IS HEREBY ORDERED** that the application of Electronic Frontier Foundation and 46 Technologists, Researchers, and Cryptographers to participate in this case as *amici curiae* is **GRANTED** and the proposed brief submitted with the application is deemed filed.

DATED: March 3, 2016 BY: ______________________

Honorable Sheri Pym
United States Magistrate Judge

DAVID GREENE (SBN 160107)
davidg@eff.org
CINDY COHN (SBN 145997)
LEE TIEN (SBN 148216)
KURT OPSAHL (SBN 191303)
JENNIFER LYNCH (SBN 240701)
NATE CARDOZO (SBN 259097)
SOPHIA COPE (SBN 233428)
ANDREW CROCKER (SBN 291596)
JAMIE WILLIAMS (SBN 279046)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

*Counsel for Amici Curiae Electronic Frontier Foundation and 46 Technologists, Researchers, and Cryptographers*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 35KGD203

Case No: 16-cm-00010-SP

**PROOF OF SERVICE**

I am a citizen of the United States and employed in San Francisco, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 815 Eddy Street, San Francisco, CA 94109. On this date, I served the following:

**[PROPOSED] ORDER RE APPLICATION OF ELECTRONIC FRONTIER FOUNDATION AND 46 TECHNOLOGISTS, RESEARCHERS, AND CRYPTOGRAPHERS TO PARTICIPATE IN THIS CASE AS *AMICI CURIAE***

and caused to be served by U.S. Mail, postage thereon fully prepaid, true and correct copies of the foregoing on:

Theodore B Olson
Gibson Dunn and Crutcher LLP
1050 Connecticut Avenue NW
Washington, DC 20036-5306
202-955-8668
Fax: 202-530-9575
Email: tolson@gibsondunn.com

Theodore J Boutrous , Jr
Eric David Vandevelde
Gibson Dunn and Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
213-229-7000
Fax: 213-229-7520
Email: tboutrous@gibsondunn.com
Email: evandevelde@gibsondunn.com

Nicola T Hanna
Gibson Dunn and Crutcher LLP
3161 Michelson Drive 12th Floor
Irvine, CA 92612-4412
949-451-3800
Fax: 949-451-4220
Email: nhanna@gibsondunn.com

Marc J Zwillinger
Jeffrey G Landis
Zwillgen PLLC
1900 M Street NW Suite 250
Washington, DC 20036
202-296-3585
Fax: 202-706-5298
Email: marc@zwillgen.com
Email: jeff@zwillgen.com

*Counsel for Respondent*

Allen W Chiu
AUSA - Office of US Attorney
National Security Section
312 North Spring Street Suite 1300
Los Angeles, CA 90012
213-894-2435
Fax: 213-894-6436
Email: allen.chiu@usdoj.gov

Tracy L Wilkison
AUSA Office of US Attorney
Chief, Cyber and Intellectual Property
Crimes Section
312 North Spring Street 11th Floor
Los Angeles, CA 90012-4700
213-894-0622
Fax: 213-894-0141
Email: tracy.wilkison@usdoj.gov

*Counsel for Plaintiff*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this March 3, 2016 in San Francisco, California

Cynthia Dominguez